(1 of 3)

FILED

JUL 24 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Ronald Blue West #1353-007
Federal Correctional Institution
Hazelton, P.O. Box 5000
Bruceton Mills, WV 26525

3:19 CV 119

Groh
Trumble
Sims

July 20, 2019

Clerk, United States District Court
Northern District of West Virginia
500 West Pike Street, Room 301
P.O. Box 2857
Clarksburg, WV 26302

Dear Clerk:     (Mail Violation)

Myself and others here in FCI-Hazelton WV, P.O. Box 5000, Bruceton Mills, WV 26525, would like to file a "Class Action" lawsuit against FCI-Hazelton WV staff and unidentified mail room officers violating the legal mail policy in the ("BOP") program statement 540.02(a). Special Mail correspondence.

The Bruceton Mills, Bureau of Prisons, Federal Correctional Institution, is in violation of "Program Statement 540.02(a) Special mail correspondence receive from the following: President and Vice President of the United States of America, Attorney's and members of the United States of America, Congress, Embassies and consulates the United States Department of Justice (excluding the Bureau of Prisons, but including, United States Attorney's) of the Federal Law enforcement

(2 of 3)

Officers, States Attorney's General, Prosecuting Attorney's Governors, United States Court's. (Including United States Probation Officers and State's Court's).

For incoming correspondence to be process, under the Special mail procedure. See 540.18-540.19 under the Special mail procedure. The sender must be adequately on the envelope, and the front of the envelope must be marked "Special Mail-open only in the presence of the inmate." This is the Bureau of Prisons, program statement 540.02(c) Special Mail.

The Federal Correctional Institution-Hazelton WV, is violating that program statement here in Hazelton WV, to all inmate's that receiv correspondence from above. See Lavado V. Keohane, 992 F.2d 601, November 20, 1992. (unidentified Mail room Officer's). The Warden is saying they have a "drug" problem on this compound and that give him the right to viotate the program statement, under the Bureau of Prisons, program statement.

Myself and others, do not no were the "drug's" are coming from but one thing for sure, its not coming from the United States Attorney's Office, or the Court. Administrative Remedies are being filed by (15) inmates, thats the number on this "Class Action" lawsuit. At this time, I Ronald Blue West, is writing to the Clerk of the Court, to fine out what steps needed to be taken

In order to get this action on the way real soon, in the United States District Court of West Virginia. Myself and others are getting legal mail, open from the Court and United States Attorney's Office, here in FCI-Hazelton WV.

When you receive this letter, and I say when you receive, because it may not get out of the institution under the unidentified mail room Officer on this matter. However, there is a nother one coming just in case. This is a seriouse matter that need to be address with the Court on its fact and merit under the constitution Law of the United States. Myself and others are being denied due process under the Law to file Administrative Remedies C.F.R. here in FCI-Hazelton WV, on policy and program statement.

Thank you for your time on this matter and I'll be looking to hearing from you, The Clerk of the ~~Clerk~~ Court. In correspondence with this letter, can you please have the Judge sign his or her name on the envelope from the Court and say open in the present only in front of the inmate. Thats one way I'll be able to proof this matter on my grievance here in FCI-Hazelton WV.

Sincerely,

Ronald Blue West